IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABMD, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIVERSA HOLDING CORP. f/k/a TIVERSA, INC.; ROBERT J. BOBACK; M. ERIC JOHNSON; and DOES 1-10, <br><br> Defendants. | Civil Action No. 2:15-cv-00092-MRH-MPK <br><br> **ELECTRONICALLY FILED** |

**DEFENDANTS TIVERSA HOLDING CORP.'S AND ROBERT J. BOBACK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Tiversa Holding Corp. and Robert J. Boback move the Court for an Order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). A Memorandum in Support of this Motion filed contemporaneously herewith is incorporated by reference herein.

DATED this the 31st day of March, 2015.

          REED SMITH LLP

          By: */s/* Jarrod D. Shaw
              Jarrod D. Shaw, Esquire
              PA ID No. 93459
              Lucas Liben, Esquire
              PA ID No. 309527
              REED SMITH CENTRE
              225 Fifth Avenue
              Pittsburgh, PA 15222-2716
              jshaw@reedsmith.com
              lliben@reedsmith.com
              Tel: (412) 288-3013
              Fax: (412) 288-3063

              *Counsel for Defendants Robert J. Boback and Tiversa Holding Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

*/s/* Jarrod D. Shaw
Jarrod D. Shaw

*Counsel for Defendants Robert J. Boback and Tiversa Holding Corp.*