# Exhibit K

173.16.83.112  11/5/2008 @ 11:26pm    [173.16.83.112]insuranceaging_6.05.071

68.107.85.250  2/05/2008 @ 3:49pm    [68.107.85.250]insuranceaging_6.05.071

201.194.118.82  4/7/2011 @ 2:22am    [201.194.118.82]insuranceaging_6.05.071

90.215.200.56  6/9/2011 @ 8:13am    [90.215.200.56]insuranceaging_6.05.071

CONFIDENTIAL

TIVERSA-FTC_RESPONSE-006882

CX0019