# Exhibit O



TIVERSA.

# Forensic Investigation Report - LABMD0001

**Prepared for LabMD**

Confidential - For Committee and Staff Use Only

TIVERSA-OGR-0017467

## 1.0 Introduction

Worldwide Peer-to-Peer ("P2P") file sharing networks are primarily used for sharing music, movies, and software. Unfortunately, they also commonly expose confidential and sensitive government, corporate and consumer documents. Employees, suppliers, contractors, agents, partners, and customers inadvertently disclose millions of confidential and sensitive documents on the P2P file sharing networks each year.

Once disclosed, these documents are publicly available to any individual using one of the 2,800+ different P2P file sharing programs and versions, most of which are free and publicly available. Disclosed files are routinely accessed by identity thieves, cyber criminals, terrorists, competitors, the media, shareholders, and others.

It must be emphasized that P2P file sharing networks are not part of the World Wide Web. P2P file sharing networks are entirely separate, internet-based networks with unique searches, files, and users. P2P networks are extremely large. In fact, more users search the P2P for information than the World Wide Web, with over 1.8 billion searches a day occurring on the P2P networks. It is also estimated that over 550 million users have file sharing applications, and internet service providers have stated that up to 70% of internet traffic is consumed solely by P2P networks.

The risks related to P2P compromises will only escalate as P2P use continues to grow – driven by increased broadband access, the explosion of digital content, and increasing numbers of tech-savvy individuals entering the workforce. From a data and information security standpoint, P2P compromises are among the most damaging since users unknowingly share hundreds of documents, sometimes every file resident on their machine, including Word, Excel, PowerPoint, PDF, e-mails, databases, and PST files. Once these documents are shared or exposed to the millions of P2P users, they tend to "virally spread" across the networks as users continuously download these files from each other and thereafter proceed to re-share these files themselves.

Tiversa's unique value is in its patented EagleVision X1™ technology which can view and access the P2P in real-time. Similar to how Google has indexed the World Wide Web, Tiversa has "centralized" the notoriously "decentralized" P2P file sharing networks. As such, Tiversa has the ability to detect and record user-issued P2P searches, access and download files available on the P2P networks, determine the actual disclosure source of documents, track the spread of files across the entire P2P networks, and remediate P2P file disclosures.

This Forensic Investigation Report summarizes the results and suggested actions of Tiversa's Forensic Investigation Services for Incident LABMD0001.

Confidential - For Committee and Staff Use Only                    TIVERSA-OGR-0017468

| SECTION 1 - Customer Information | |
|---|---|
| Organization Name | N/A |
| Contact Name | N/A |
| Contact Phone | N/A |
| Contact Email | N/A |

| SECTION 2 - Incident Information | |
|---|---|
| Incident Number | LABMD0001 |
| Related Incidents | N/A |
| Date of Report | 6/4/2014 |
| Severity | URGENT |

| SECTION 3 - Preliminary Disclosure Information | |
|---|---|
| IP Address | 64.190.82.42 |
| P2P Client | N/A |
| Disclosure Type | Internal |
| Disclosure Source | LabMD |
| Filename(s) | insuranceaging_6.05.071.pdf |

**SECTION 4 - Incident Summary**

On 2/5/2008, Tiversa's systems detected 1 file being disclosed on P2P file sharing networks. The detected file appears to be a 1,718 page "*Insurance Aging*" Report relating to "*LABMD, INCORPORATED.*" The file contains patient information including Name, Social Security Number, DOB, Insurance Information, Billing Date Code/CPT, Billed Amount etc., relating to approximately 9,000 apparent patients.

The file appears to be emanating from the IP Address 64.190.82.42, which traces to Atlanta, Georgia, US.

Upon further analysis, 19 total files were detected being disclosed from this IP address on various dates between 3/7/2007 and 2/25/2008. The additional files include Insurance Benefits labels, LabMD login credentials (username and passwords) relating to web access for insurance companies, LabMD Insurance Verification Specialist Duties, blank forms relating to daily credit card transactions, LabMD Medical Records Request letters, LabMD Patient Appeal Authorization letters, LabMD Payment Posting Specialist Duties, a LabMD Employee Handbook, LabMD Employee Time Off Request forms, documents containing meeting notes and other related letters.

Upon reviewing the metadata and files emanating from this source, Tiversa believes the disclosure source may be an individual employed with LabMD.

Confidential - For Committee and Staff Use Only

## 2.0 Investigation Findings

### 2.1 Source Identification

The disclosure source appears to have emanated from IP address 64.190.82.42. As of 6/3/2014 this IP address is registered to CYPRESSCOM.NET (CYPRESS COMMUNICATIONS LLC), and appears to be located in Atlanta, Georgia, US. For details related to this IP address see Figure 2-1-1 below.

Figure 2-1-1:
Disclosure Source IP Address/ Geolocation

| IP Address | 64.190.82.42 |
|---|---|
| Location | UNITED STATES, GEORGIA, ATLANTA |
| Latitude & Longitude | 33.831847, -84.386614 (33°49'55"N  84°23'12"W) |
| Connection | CYPRESS COMMUNICATIONS LLC |
| Local Time | 03 Jun, 2014 05:41 PM (UTC -04:00) |
| Domain | CYPRESSCOM.NET |

Based on an initial investigation by Tiversa, the information found within the content and metadata of the files disclosed by this source indicate that the disclosure source may be an individual employed with LabMD.

There were 19 total files disclosed by this source. The file metadata (properties) of several of the documents list authoring *Company* as *"lab md,"* and contain the following common identifiers within the file *Author* and *Last Saved by* fields:

*rwoodson*
*sbrown*
*Administrator*
*Dan Carmichael*
*Lab MD*
*Liz Fair*

It is possible that these are user identifiers, providing additional evidence in that these users may have created or edited the disclosed documents, and that the documents may have been created or edited on a LabMD machine. See Figure 2-1-2 below for all file information.

Confidential - For Committee and Staff Use Only

Figure 2-1-2:
Disclosure Source IP Address - 64.190.82.42

| File Title | Disclosure Date | Company | Author | Last Saved by |
|---|---|---|---|---|
| INSURANCE BENEFITS LABELS.doc | 3/7/2007 | | Liz Fair | sbrown |
| WEB ACCESS FOR INSURANCE COMPANIES.doc | 3/7/2007 | LabMD | | sbrown |
| LabMD Insurance Verification Specialist Duties.doc | 3/7/2007 | | sbrown | sbrown |
| HELPFUL TIPS FOR BETTER AUDIT RESULTS.doc | 3/15/2007 | | sbrown | sbrown |
| DAILY CREDIT CARD TRANSACTIONS.doc | 10/11/2007 | | sbrown | sbrown |
| MEDICAL RECORDS FEE LTR.doc | 11/10/2007 | labmd | Administrator | sbrown |
| MEDICAL RECORDS RELEASE.doc | 11/10/2007 | labmd | Administrator | sbrown |
| MEDICAL RECORDS REQ LTR.doc | 11/10/2007 | labmd | Administrator | rwoodson |
| PATIENT APPEAL AUTHORIZATION LTR.doc | 11/10/2007 | labmd | Administrator | rwoodson |
| LabMD Payment Posting Specialist Duties.doc | 11/10/2007 | | sbrown | rwoodson |
| Patient Locator Project.doc | 11/13/2007 | | rwoodson | rwoodson |
| Humana patient Doc.doc | 11/13/2007 | labmd | rwoodson | rwoodson |
| Employee Handbbook.doc | 11/15/2007 | | Dan Carmichael | |
| Employee Application Benefits.pdf | 11/15/2007 | | a498584 | |
| Employee Time Off Requests 2007.doc | 11/29/2007 | | rwoodson | rwoodson |
| insuranceaging_6.05.071.pdf | 2/5/2008 | | | |
| BCBS HMO & POS APPEAL LTR.doc | 2/25/2008 | labmd | Administrator | rwoodson |
| BCBS PAID PT LTR.doc | 2/25/2008 | labmd | Administrator | rwoodson |
| Roz's Coverage.doc | 2/25/2008 | | rwoodson | rwoodson |

One file emanating from this source appears to be a letter from the following individual:

*Rosalind Woodson*
*Billing Manager/LabMD*
*rwoodson@labmd.org*

This individual appears to be employed with LabMD and may have utilized the "*rwoodson*" user identifier as referenced within the metadata of the disclosed documents.

Confidential - For Committee and Staff Use Only                     TIVERSA-OGR-0017471

One of the additional files emanating from this source appears to be a Medical Records Request letter from the following individual:

*Sandra Brown*
*Billing Manager/LabMD*
*(678) 443-2338  *Direct**
*sbrown@labmd.org*

This individual appears to be employed with LabMD and may have utilized the "*sbrown*" user identifier as referenced within the metadata of the disclosed documents.

Given these findings, it is possible that Rosalind Woodson or Sandra Brown may have disclosed the documents utilizing a P2P file sharing application from a work or home computer. It should be noted that the 1,718 page "*Insurance Aging*" Report (*insuranceaging_6.05.071.pdf*) was detected being disclosed on P2P file sharing networks on 2/5/2008. A total of 19 files were detected being disclosed on P2P file sharing networks between 3/7/2007 - 2/25/2008 from the IP Address 64.190.82.42.

Confidential - For Committee and Staff Use Only

See Figure 2-1-3 below for a sample of redacted screenshots of the documents emanating from this source.

Figure 2-1-3:



| Insurance Aging |
| --- |
| **LABMD, INCORPORATED** |
| LABMD |
| Report Options |
| 6/5/2007 12:07:11PM |

| Option | Value |
| --- | --- |
| Age From | 06/05/2007 |
| Show Billing History | All dates Billed |
| Sort Insurance By | Insurance Code |
| Show Summary Only | No |
| Show Billing Detail | Yes |
| Subtotal by Billing | No |
| Subtotal by Provider | Yes |

Insurance Aging

LABMD, INCORPORATED

LABMD

HUMANA P O BOX 14601, LEXINGTON, KY 40233 (502) 580-5650

JOSEF

Insurance: Primary   ID:       Date of Birth:       Insured: Self

| Billing | Date | Code/CPT | Billed | Amount | Current | 31-60 | 61-90 | 91-120 | >120 | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Patient Total:

CLAUDETTE

Insurance: Primary   Group Number:   ID:       Date of Birth:       Insured: Self

| Billing | Date | Code/CPT | Billed | Amount | Current | 31-60 | 61-90 | 91-120 | >120 | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Patient Total:

Insurance Total:

TRICARE PO BOX 7890, MADISON, WI 53707 (800) 403-3950

TOMMY

Insurance: Secondary   ID:       Date of Birth:       Insured: Self

| Billing | Date | Code/CPT | Billed | Amount | Current | 31-60 | 61-90 | 91-120 | >120 | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Patient Total

| Printed | 6/5/2007 12:07:11PM | Page 1718 of 1718 |

TIVERSA-OGR-0017473

Figure 2-1-4:

# LabMD
THE LABORATORY SERVICES COMPANY

1117 Perimeter Center West, Suite #W-406, Atlanta, GA  30338 * (678) 443-2330/(888) 968-8743 * Fax (678) 443-2329

October 19, 2006

James

RE:  Authorization to Appeal Insurance Denial

Insured's ID#:                                   Group #:

Date of Service: 5/19/2006                     Total Charge: $110.00

Dear Mr.

Blue Cross/Blue Shield has denied our claim for your laboratory services due to non-network participation.

LabMD applied for an in-network contract with prior to your date of service, however, it was not approved until 12/19/2005. "Your urologist,            does not have any knowledge of the contract between LabMD and Blue Cross/Blue Shield, as this contract deals specif... laboratory/pathology services and fee schedules, so please direct all questions or ... LabMD.

Author:     Administrator
Manager:
Company:   labmd

Last saved by:      rwoodson
Revision number:    21
Total editing time:  747 Minutes

Tiversa/LabMD Confidential

Page 8

Confidential - For Committee and Staff Use Only

TIVERSA-OGR-0017474

Figure 2-1-5:

# WEB ACCESS FOR INSURANCE COMPANIES

BCBS FL (Not Available)

BCBS GA (www.bcbsga.com)
     USER NAME:          PASSWORD:

BCBS SC (www.southcarolinablues.com)
     USER NAME:          PASSWORD:

BCBS TN (www.bcbst.com)
     USER NAME:          PASSWORD:

HUMANA (www.humana.com)
     USER NAME:          PASSWORD:

| Author: | LabMD |
| Manager: | |
| Company: | |

Last saved by:   sbrown
Revision number:  4
Total editing time:  20 Minutes

Confidential - For Committee and Staff Use Only        TIVERSA-OGR-0017475

Figure 2-1-6:

# LabMD

Welcome to LabMD,

*Employee Handbook*

This Handbook is meant to give you guidelines, general expectations and specific policies regarding employee conduct and the basic employment relationship at LabMD. It is important that you read and comprehend what is included in these pages. While you are required to follow all LabMD policies as a requirement for employment in good standing, nothing contained in this Handbook or any other document or statement to the employee shall limit the right to terminate employment at will and in no way creates any employment contract between LabMD and the employee.

| | |
|---|---|
| Author: | Dan Carmichael |
| Manager: | |
| Company: | |

| | |
|---|---|
| Last saved by: | rwoodson |
| Revision number: | 2 |
| Total editing time: | 1 Minute |

Tiversa/LabMD Confidential

Confidential - For Committee and Staff Use Only

Figure 2-1-7:

## **LabMD Payment Posting Specialist Duties**

### INSURANCE PAYMENT POSTING

1. Posting Specialist will post insurance payments (correlate with Explanation of Benefits, including "no-pay" denials) from daily batches in ▮▮▮▮

2. After each insurance batch is posted, Posting Specialist will run "Day Sheet-Transaction Detail Report" to make sure payments posted in ▮▮▮ "balance"/equals insurance deposit tape total.
   a. Select "Reports" from Toolbar at Main Menu in ▮▮▮▮
   b. Select "Day Sheet".
   c. Under Options Tab, unclick "Subtotal by Provider" and ▮
   d. Select "Sort by Name".

Author:    sbrown
Manager:
Company:

Last saved by:       rwoodson
Revision number:    3
Total editing time:  34 Minutes

Confidential - For Committee and Staff Use Only

Figure 2-1-8:



LabMD
THE LABORATORY SERVICES COMPANY
1117 Perimeter Center West, Suite #W-406, Atlanta, GA 30338 * (678) 443-2330/(888) 967-8743 * Fax (678) 443-2329

March 13, 2006

RE:
DOB:
SS #:
ACCT #:
DOS:

To Whom It May Concern:

If you have any further questions, do not hesitate to contact our office at (678) 443-2330, Monday through Friday, between 8am-6pm EST.

Sincerely,

Sandra Brown
Billing Manager/LabMD
(678) 443-2338 *Direct*
sbrown@labmd.org

| Author: | Administrator |
| Manager: | |
| Company: | labmd |

Last saved by: sbrown
Revision number: 4
Total editing time: 11 Minutes

Tiversa/LabMD Confidential

Page 12

Confidential - For Committee and Staff Use Only

TIVERSA-OGR-0017478

Figure 2-1-9:



LabMD
THE LABORATORY SERVICES COMPANY

1117 Perimeter Center West, Suite #W-406, Atlanta, GA 30338 * (678) 443-2330/(888) 967-8743 * Fax (678) 443-2329

March 23, 2007

To Whom It May Concern:

This letter serves as a formal request to have claims for the attached list of patients reprocessed

If you have any further questions, do not hesitate to contact me directly at (678) 443-2338, Monday through Friday, between 8am – 6pm.

Sincerely,

Rosalind Woodson
Billing Manager/LabMD
rwoodson@labmd.org

| Author: | Administrator |
| Manager: | |
| Company: | labmd |

| Last saved by: | rwoodson |
| Revision number: | 6 |
| Total editing time: | 20 Minutes |

Tiversa/LabMD Confidential

Confidential - For Committee and Staff Use Only

## 2.2 File Spread Analysis

In addition to the above disclosure source identification and geolocation analysis, Tiversa also performed a file spread analysis to determine if any of the LabMD-related files have spread, and were acquired by any other users of P2P networks. Based on this analysis, Tiversa detected (6) additional IP addresses disclosing one or more of the files originally detected emanating from 64.190.82.42.

See Figure 2-2-1 below for a summary table of all IP addresses detected.

Figure 2-2-1:
File Spread Analysis – IP Summary Table

| Source# | IP Address | Disclosure Date(s) | ISP | Geolocation** | Total Files |
|---------|-----------|-------------------|-----|---------------|-------------|
| Source 1 | 64.190.82.42* | 3/7/2007 - 2/25/2008 | CYPRESS COMMUNICATIONS LLC | ATLANTA, GEORGIA, US | 19 |
| Source 2 | 68.107.85.250 | 2/5/2008 - 9/20/2011 | COX COMMUNICATIONS INC. | SAN DIEGO, CALIFORNIA, US | 3,302 |
| Source 3 | 173.16.83.112 | 11/5/2008 - 2/14/2009 | MEDIACOM COMMUNICATIONS CORP | CHICAGO, ILLINOIS, US | 1,832 |
| Source 4 | 201.194.118.82 | 4/7/2011 | SAN JOSE (SANJOSECA.GOV) | SAN JOSE, SAN JOSE, CR | 33 |
| Source 5 | 90.215.200.56 | 6/9/2011 | EASYNET LTD | LONDON, ENGLAND, UK | 47 |
| Source 6 | 71.59.18.187 | 5/5/2010 - 11/7/2012 | COMCAST CABLE COMMUNICATIONS HOLDINGS INC | ALPHARETTA, GEORGIA, US | 254 |
| Source 7 | 173.16.148.85 | 2/23/2009 - 11/7/2012 | MEDIACOM COMMUNICATIONS CORP | NASHVILLE, TENNESSEE, US | 520 |

*Indicates original disclosure source IP reported in Incident LABMD0001
**All IP Geolocation information associated with these IP addresses was discovered as of 6/3/2014.

The 6 additional IP addresses were detected in possession of the 1,718 page "Insurance Aging" Report (insuranceaging_6.05.071.pdf) on various dates within the disclosure date ranges referenced above.

These 6 IP addresses possess additional files including federal tax returns relating to numerous individuals, credit reports, credit card and bank account statements, passports, usernames and passwords to online accounts, medical payment data, lists of credit card numbers, social security numbers, instructions on how to hack and steal passwords etc. Tiversa classifies these 6 additional IP addresses as Information Concentrators.

Throughout our extensive P2P research, Tiversa continues to see individuals harvesting a large number of files containing confidential and sensitive data. Tiversa calls these individuals "Information Concentrators" and in most cases, they are suspicious in nature. These individuals utilize P2P file sharing networks to search for sensitive and confidential data (i.e. Credit Card #'s, Passwords, Account #'s, SSN, PII, Payroll Information, HR, Medical, Financial, IT Information etc). Information Concentrators gather this information and could potentially use it for malicious purposes.

For a complete list of file titles detected in possession of these additional IP addresses, see the excel file titled "LABMD0001_Forensic_Investigation_Report_File_Spread_Analysis.xls", which is provided along with this report.

Confidential - For Committee and Staff Use Only

## 3. Conclusions/Suggested Actions

In order to contain any further proliferation of these LabMD-related files across the P2P networks, any computers responsible for their disclosure must be identified and then removed from the P2P networks – or at a minimum, the LabMD related files must be removed from the suspect's machine.

Based on the information reviewed by Tiversa, a suggested course of action is to contact the apparent LabMD employees listed within the Investigation findings above (Rosalind Woodson and Sandra Brown) reference the disclosed document titles, document content, and the supporting evidence listed above. It is possible that an investigation into these disclosed files and possible sources will allow LabMD to determine the disclosure source. If the disclosure source machine is found, the machine should be reviewed for the presence of file sharing software. An investigation of this machine should indicate that the files found on that machine match the file listing noted in Figure 2-1-2 above. It should be noted that the disclosure source machine may be a home computer, work computer or possibly a laptop.

Additional remediation activities can be discussed with Tiversa once additional investigation steps by LabMD have been completed.

Confidential - For Committee and Staff Use Only

Tiversa
606 Liberty Avenue
Pittsburgh, PA 15222

(724) 940-9030 *office*
(724) 940-9033 *fax*

www.tiversa.com

Confidential - For Committee and Staff Use Only