# NOVEMBER 5, 2015 SAFE HARBOR LETTER

# DEL SOLE CAVANAUGH STROYD LLC

The Waterfront Building  Suite 300
200 First Avenue Pittsburgh, PA 15222

TEL 412.261.2393
FAX 412.261.2110
www.dscslaw.com

November 5, 2015

**Via Certified U.S. Mail and Electronic Mail**
Kenneth M. Argentieri, Esquire
Duane Morris LLP
600 Grant Street, Suite 5010
Pittsburgh, PA 15219-2802
kmargentieri@duanemorris.com

Re:   LabMD vs. Tiversa et al. 2:15-cv-00092-MRH, Rule 11 Safe Harbor Letter

Dear Mr. Argentieri:

Please accept this letter as service upon you and your client of the enclosed Motion for Rule 11 Sanctions and notice of our intent to file in twenty-one (21) days absent the voluntary dismissal of M. Eric Johnson as a defendant in the above referenced action.

As set forth at length in Professor Johnson's Motion to Dismiss, the claims against Professor Johnson are frivolous and violate Rule 11 in that they are 1) untimely 2) completely without merit under prevailing law, and; 3) contrary to LabMD's own legal positions in other proceedings. As such, the Complaint violates the tenets of Rule 11 and sanctions are warranted.

Again, this letter represents defendant, M. Eric Johnson's notice to you and your client of its intention to file the attached Motion for Rule 11 Sanctions. You will receive no other notification. If LabMD does not withdraw its untimely and meritless Complaint within twenty-one (21) days, we intend to file the attached Motion and seek all appropriate sanctions, including attorney fees.

Sincerely,

Stephen J. Del Sole

Enclosure