IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABMD, INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TIVERSA HOLDING CORP. f/k/a | ) No. 2:15-cv-00092-MRH-MPK |
| TIVERSA, INC.; ROBERT J. BOBACK; | ) |
| And DOES 1-10. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS TIVERSA HOLDING CORP. AND ROBERT J. BOBACK'S
MOTION TO ENJOIN PLAINTIFF LABMD, INC. AND
<u>NON-PARTY MICHAEL DAUGHERTY</u>**

Defendants, Tiversa Holding Corp. f/k/a Tiversa, Inc. and Robert Boback, (collectively "Defendants") hereby move this Court for an order enjoining Plaintiff LabMD, Inc. (hereinafter "LabMD") and non-party Michael Daugherty from further prosecution of their subsequently filed action pending in the United States District Court for the Northern District of Georgia, Atlanta Division, captioned *Michael Daugherty and LabMD, Inc., v. Tiversa, et al.,* No. 1:16-cv-02480-LMM.

Defendants incorporate the accompanying Memorandum of Law and respectfully request that the Court enter an injunction against LabMD Inc.'s further prosecution of the action in Georgia involving the same subject matter and same parties.

2

Respectfully submitted,

*Jarrod D. Shaw*
Jarrod D. Shaw
PA I.D. No. 93459
MCGUIREWOODS LLP
EQT Plaza
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
Tel.: 412-667-7907
Fax: 412-402-4193
jshaw@mcguirewoods.com

*Counsel for Defendants Tiversa Holding Corp. and Robert J. Boback*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September, 2016, a true and correct copy of Defendants Tiversa Holding Corp. and Robert J. Boback's Motion to Enjoin LabMD, Inc. and Non-Party Michael Daugherty, and proposed order, was served on counsel of record via electronic service.

    Respectfully submitted,

    *Jarrod D. Shaw*
    Jarrod D. Shaw
    PA I.D. No. 93459
    MCGUIREWOODS LLP
    EQT Plaza
    625 Liberty Avenue, 23rd Floor
    Pittsburgh, PA 15222
    Tel.: 412-667-7907
    Fax: 412-402-4193
    jshaw@mcguirewoods.com

    *Counsel for Defendants Tiversa Holding Corp. and Robert J. Boback*