IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABMD, INC., | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) |
| TIVERSA HOLDING CORP. f/k/a TIVERSA, INC.; ROBERT J. BOBACK; and DOES 1-10, | ) ) ) ) ) ) |
|       Defendants. | ) ) |

No. 2:15-cv-00092-MPK

**NOTICE OF APPEARANCE**

To:   The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice law in this court, and I appear in this case as counsel for Plaintiff LabMD, Inc.

Dated: July 5, 2019

Respectfully submitted,

**OGC LAW, LLC**

*/s/ George Jiang*
George Jiang
Pa. Id. No. 311665
OGR Law, LLC
615 Washington Road, Suite 405
Pittsburgh, PA 15228
V: 412-253-4622
F: 412-253-4623
gjiang@ogclaw.net

*Attorney for Plaintiff LabMD, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABMD, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TIVERSA HOLDING CORP. f/k/a ) | No. 2:15-cv-00092-MPK |
| TIVERSA, INC.; ROBERT J. BOBACK; ) | |
| and DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for parties of record electronically by CM/ECF.

**JAMES W. HAWKINS, LLC**

*/s/ James W. Hawkins*
James W. Hawkins
*Admitted Pro Hac Vice*
Georgia State Bar No. 338767
JAMES W. HAWKINS, LLC
5470 Blair Valley Run
Cumming, GA 30040
V: 678-697-1278
F: 678-540-4515
jhawkins@jameswhawkinsllc.com

*Attorney for Plaintiff LabMD, Inc.*